# Exhibit 1

VSMR, Verify Smart Corp. targets The Big Asian Pacific Market, X-Treme Hot Stock Alert by DrStockPick…



Las Vegas, NV 9/11/2009 10:21:43 AM

News (/) / Business (/category/1/1/business)

# VSMR, Verify Smart Corp. targets The Big Asian Pacific Market, X-Treme Hot Stock Alert by DrStockPick.com

## CRWENEWSWIRE's DrStockPick.com is pleased to announce its X-Treme Hot Stock Alert

***FREE Stock Alerts*** From CRWENEWSWIRE's DrStockPick.com
**Click on the link Below:**

http://www.crwenewswire.com/c/drstockpick (http://www.crwenewswire.com/c/drstockpick)

**VSMR** designed and developed a Proprietary Hardware/Software Solution that solves Credit/Debit Card fraud by using two Factor Authentication.

As ID theft and Credit/Debit card fraud surpassed $56 Billion annually, the need for secure payment authentication grows exponentially. **VSMR**'s technology adds a new layer of security to existing protocols, by notifying the cardholder of each and every purchase through the card holder's own cellular phone, thus enabling the cardholder to approve or decline his or her purchase via a secure PIN (personal identification number)

The **VSMR solution has reduced fraud to zero** in earlier production pilots. **VSMR** 's proven and highly scalable solution is gaining worldwide attention and placing VerifySmart at the forefront of the fraud prevention revolution.

\*\***VSMR** Initiates card fraud prevention dialogue with several of Asia's largest Banks.

The Asian Pacific Market represents a GREAT Market opportunity for the **VSRM** and its portfolio of financial and technology service applications

**About DrStockPick.com**

DrStockPick.com is a stock watch website,  a CRWENewsWire.com Division that provides free daily alerts on stocks. DrStockPick.com's alerts are daily e-mail on stocks that are hot in the market. These include stocks with huge volume, penny stocks, stocks with technical indicators and much more. DrStockPick.com also tracks small cap stocks that are on the brink of moving upwards. DrStockPick.com also features companies on its website with research report, analysis, and newsletters.

DrStockPick.com is an independent electronic publication that provides information on selected publicly traded companies. DrStockPick.com is not a registered investment advisor or broker-dealer.

We encourage investors to join the FREE e-mail alerts by visiting:

http://www.crwenewswire.com/c/drstockpick (http://www.crwenewswire.com/c/drstockpick)

**About CRWENewswire.com**

9/18/2017 VSMR, Verify Smart Corp. targets meeting Asian Pacific Market, X-treme Hot Stock Alert by DrStockPick...

Case 2:17-cv-04248-JMV-JBC Document 30-2 Filed 09/18/17 Page 3 of 3 PageID: 235

CRWENewswire.com is an independent electronic informative online financial news publication company dedicated in providing company associates, business and financial professionals with economic and investment information, as well as stock highlights. CRWENewswire.com is a division of Crown Equity Holdings, Inc.

***FREE STOCK ALERTS**

Sign up to receive FREE stock alerts from CRWENewswire's DrStockPick.com at

http://www.crwenewswire.com/c/drstockpick (http://www.crwenewswire.com/c/drstockpick)

Forward Looking Statement
This press release contains forward-looking statements within the meaning of section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. With the exception of historical information contained herein, the matters discussed in this press release involve risk and uncertainties. Actual results could differ materially from those expressed in any forward-looking statement.

## FINDIT NEWS

Reach our 280 plus publishers.

Over 100,000 Twitter Followers on our 9 accounts

We share your releases to Facebook, Google+, Pinterest, Digg, Stumble Upon and Move On

**CREATE YOUR ACCOUNT NOW! (HTTPS://WWW.FINDIT.COM/ACCOUNT/REGISTER)**

## CALL US TODAY

Phone: 1 404 443-3224

## QUICK CONTACT

Email

Name

Telephone

Message

☐ Subscribe to the Findit newsletter to receive useful tips and advice on getting the most from your press releases.

**SUBMIT**