# Exhibit 2

PRESS    CAREERS    TCHPA    STORE    UID LOOKUP    BANKING PERSPECTIVES    SUBSCRIBE    BLOG    LOGIN    CONTACT US    SEARCH



About TCH        Issues        Payments        Education & Events        Research

# About TCH

THE PAYMENTS COMPANY

THE ASSOCIATION

TCH EXECUTIVES

TCH OWNER BANKS

A LOOK BACK

## Our Owner Banks

The Clearing House is owned by the world's largest commercial banks:

**TCH Payments Company Shared Board Seat:** City National Bank and First Citizens Bank.

© 2017 THE CLEARING HOUSE PAYMENTS COMPANY L.L.C.    PRIVACY POLICY    TERMS AND CONDITIONS    SITEMAP    CONTACT US