# Exhibit 5

PRESS   CAREERS   TCHPA   STORE   UID LOOKUP   BANKING PERSPECTIVES   SUBSCRIBE   BLOG   LOGIN   CONTACT US   SEARCH



About TCH   Issues   Payments   Education & Events   Research

# About TCH

**THE PAYMENTS COMPANY**

**THE ASSOCIATION**

TCH EXECUTIVES

Executive Management

Association Executives

Payments Executives

**TCH OWNER BANKS**

**A LOOK BACK**

## The Clearing House Executive Leadership

Our executive team has the depth and experience to be a resource and partner to our members and the industry.

Our deep, long-standing relationships across the regulatory, legislative, legal, and law-enforcement communities lend credibility to influence the rulemaking and standard-setting process, while our role operating industrial-strength systems at the core of the banking industry provides a unique opportunity for future development on behalf of the banking industry.

Bank CEOs comprise the Board, senior bank executives guide the business, and hundreds of subject matter experts are actively engaged in addressing issues of importance to commercial banks and their customers.

© 2017 THE CLEARING HOUSE PAYMENTS COMPANY L.L.C.   PRIVACY POLICY   TERMS AND CONDITIONS   SITEMAP   CONTACT US