# Exhibit 6

  Search   

Try Premium for Free

**Credit For Prior Learning** - Apply your past experience and credentials toward a degree.

**Contact and Personal Info**
Mary's Profile
Show more

**Promoted**

**Wilmington University**
Shorten your path to a degree. Receive college credit for prior learning.
Learn more

**We want safer in NJ**
11 Teens die daily texting & driving. Sign pledge now to e
Learn more

# Mary Harman

Managing Director, Payments Executive and former Head of Global Principal Investments

Bank of America • Duke University - The Fuqua School of Business

Greater New York City Area • 500+

Connect

Managing Director, Payment Strategy Executive and former Head of Global Principal Investments. Current responsibilities for coordinated payment strategy serving individual consumers, small businesses, middle market …

See more

**People Also Viewed**

 **Jelena Ewart** · 3rd
Fintech, Growth, Innovation

 **Ayeesha Sachedina**
Senior Vice President, Bank of A

 **Harmit Singh**
Managing Director & Co-head, G
Principal Investments

 **Shelly Kapoor Collins**
Venture Capital

**Ashish Tajpuria**
Head of Emerging Payments & Commerce Partnerships | Produ Management | IoT | Digital Paym | Mobile | Fintech|

 **Rich Lee** · 3rd
Managing Director, Head of BofA
Principal Investments

**Alexandra Russomagno**
Associate, Global Principal Inve
at BofAML

 **Andrew T. Golomb**
Bank of America Merrill Lynch -
Principal Investments

**Ather Williams III** · 3rd
Managing Director, Global Head Transaction Banking at Bank of America Merrill Lynch

 **Steve Selfridge**
Senior Vice President, Emerging Payments and Commerce at Ba America

## Experience

 **Managing Director, Payments Strategy Executive**
Bank of America
Jan 2015 – Present • 2 yrs 9 mos
Greater New York City Area

Led development of cross-bank payments strategy which spanned Consumer Bank, Small Business, Commercial and Corporate Bank, Merchant Services and Global Technology & Operations. Strategy approved by Board of Directors and new role created to lead initiatives. Oversee coordinated payment strategy which connects all the bank customer segments and spans person-to-person payments to business-to-business payments with product and technology innovation to improve the payments experience. Lead critical payments partnerships including representing Bank of America on Boards of payment-related investments including Early Warning Services where I have served since 2009.

 **Head of Global Principal Investments, Managing Director**
Bank of America
Jul 2006 – Present • 11 yrs 3 mos
Greater New York City Area

2006-2015: Head of Global Principal Investments (2009-2015)
Managing Director, Head of Global Principal Investment
Led Bank of America venture capital/principal investment teams including both Strategic Investment and Legacy Investment teams. Teams pursued global investment opportunities primarily in FinTech while actively liquidating non core portfolios. Sourced, structured, underwrote and then managed strategic investments including to ultimate monetization. Served as board member including Chairman of the board for global portfolio companies.

**Member Board Of Directors**
The Clearing House
May 2017 – May 2017 • 1 mo

**Learn the skills Mary has**

Esther Dyson on Cultiva Health at Scale



