# Exhibit 8

| Mission (/about pqi/mission) |

Why Patent Quality Matters (/about pqi/why patent quality matters)

Team (/about pqi/team)

Patent Challenge Committee (/about pqi/patent challenge committee)

FAQ (/about pqi/faq)

## The Patent Quality Initiative

The Patent Quality Initiative is an education, information and advocacy effort of Askeladden L.L.C., the goal of which is to improve the understanding, use and reliability of patents in financial services and elsewhere.

Through the PQI, Askeladden strives to improve patents by diminishing the number of those that should not have been issued, and by addressing questionable patent holder behaviors. The PQI encompasses activities that support good IP practices and better invention rights.

As part of the PQI, Askeladden shares information, provides educational research and briefings on the patent system and evolution of technology in financial services, files amicus briefs that highlight issues critical to patent quality, and petitions the United States Patent and Trademark Office to take a second look at patents under *Inter Partes* Review (IPR) that it believes are invalid.

Terms and Conditions (/terms and conditions) | ©2017 Askeladden L.L.C. All rights reserved.