# Exhibit 12

PRESS    CAREERS    TCHPA    STORE    UID LOOKUP        BANKING PERSPECTIVES        SUBSCRIBE    BLOG    LOGIN    CONTACT US        SEARCH



About TCH    Issues    Payments    Education & Events    Research

## About TCH

THE PAYMENTS
COMPANY

THE ASSOCIATION

TCH EXECUTIVES

  Executive
  Management

  Association
  Executives

  Payments Executives

   Jim Colassano

   David Drossman

   Hank Farrar

   Dave Fortney

   Alaina Gimbert

   Eric Laessig

   Steve Ledford

   Jim McDade

   Sean Reilly

   Chuck Schmidt

   Jeffrey Williams

TCH OWNER BANKS

A LOOK BACK



### Sean Reilly
*Senior Vice President and
Associate General Counsel*

Sean Reilly is Senior Vice President and Associate General Counsel for The Clearing House. Mr. Reilly's principal responsibilities center on advising members of The Clearing House's senior business team on vital cybersecurity, intellectual property and technology law issues, including strategic acquisitions, industry-wide product development initiatives, and other important business transactions.  Mr. Reilly also staffs various IP and technology committees, coordinating with top industry executives and senior intellectual property lawyers from the nation's banks on cutting-edge technology law issues and initiatives of concern to the financial services industry.

Before joining The Clearing House, Mr. Reilly spent five years at the intellectual property law firm of Fitzpatrick, Cella, Harper & Scinto, advising technology and pharmaceutical companies on all aspects of IP law.  In addition, Mr. Reilly worked at the United States Patent and Trademark Office as a patent examiner, and also worked at Intel Corporation in their Mobile Platforms Group (MPG).

Mr. Reilly holds a B.S. in Computer Engineering from the University of Florida and a J.D. from Fordham University.

© 2017 THE CLEARING HOUSE PAYMENTS COMPANY L.L.C.        PRIVACY POLICY        TERMS AND CONDITIONS        SITEMAP        CONTACT US