# Exhibit 13

This website uses cookies. For more information please contact us or consult our privacy policy.    ✖



# COVINGTON

Home | Professionals | Roderick R. McKelvie



## Roderick R. McKelvie

*Retired Partner*

Washington
+1 202 662 5195
Download V-card

rmckelvie@cov.com

Rod McKelvie has advised clients on litigation strategies in patent infringement and related disputes. He has also served as an expert witness and arbitrator. At Covington, he drew on his experience as a U.S. District Court Judge, where for more than 10 years he managed, tried and resolved hundreds of cases, as well as his experience for 30 years as an appellate and trial lawyer both before and after his time on the bench.

He had a particular interest trying complex cases to juries. He helped develop the Federal Judicial Center's video for jurors, *An Introduction to the Patent System* and has worked to develop model jury instructions including in the District of Delaware and the National Model Patent Jury Instructions. He has taught the patent enforcement course at George Washington University Law School for 14 years.

He is a member and former president of the Giles S. Rich Intellectual Property Inn of Court and served as Co-Chair of The National Academies' Committee on Intellectual Property Rights in Genomic and Protein Related Invention.

# News and Insights

## Best Lawyers Names Covington's Stuart Eizenstat and Gregg Levy Lawyers of the Year

Press Release

August 18, 2014

WASHINGTON, DC, August 18, 2014 — Best Lawyers named Covington & Burling's Stuart Eizenstat and Gregg Levy each a 2015 "Lawyer of the Year" in international trade and sports law, respectively, citing their "abilities, professionalism and integrity." Overall, Covington lawyers received 217 individual mentions in 58 areas of law in the newly released annual survey ...

## Washingtonian Names 34 Covington Attorneys 'Best Lawyers'

Press Release

November 21, 2013

WASHINGTON, DC, November 21, 2013 — Washingtonian magazine has named 34 Covington & Burling attorneys as "Best Lawyers" in its December issue. The biennial list, compiled by the magazine's editorial staff,

2:17-cv-04248-JMV-JBC                    --1--

identifies leading lawyers in the Washington area. Of the hundreds of "Best Lawyers" identified in the issue, Washingtonian spotlights 14 leading Washington ...

## Covington Receives 196 Individual Mentions in 2013 Edition of Best Lawyers    Press Release

August 27, 2012

WASHINGTON, DC, August 27, 2012 — Covington & Burling LLP lawyers received 196 individual mentions in 57 areas of law in the 2013 edition of The Best Lawyers in America. This annual compilation of top U.S. lawyers is based on peer-review surveys and is used as a referral guide in the legal profession. The Covington lawyers recognized are as ...

## Covington Lawyers Recognized by D.C. Super Lawyers    Press Release

May 2, 2012

WASHINGTON, DC, May 2, 2012 — D.C. Super Lawyers selected 64 Covington & Burling lawyers for its 2012 list of top legal talent. Super Lawyers selects no more than five percent of the total lawyers who practice in Washington based on peer review and the publication's independent research. Deborah Garza and Robert Long have been named among the "Top 100" for ...

## Washingtonian Names 34 Covington Attorneys 'Best Lawyers'    Press Release

November 30, 2011

WASHINGTON, DC, November 30, 2011 — Washingtonian magazine has named 34 Covington & Burling attorneys as "Best Lawyers" in its December issue. The biennial list, compiled by the magazine's editorial staff, identifies leading lawyers in the Washington area. Of the approximately 800 "Best Lawyers" identified in the issue, Washingtonian included profiles of 31 ...

## Covington Receives 184 Individual Mentions in 2012 Edition of Best Lawyers    Press Release

September 7, 2011

WASHINGTON, DC, September 7, 2011 — Covington & Burling LLP lawyers received 184 individual mentions in 56 areas of law in the 2012 edition of The Best Lawyers in America. This annual compilation of top US lawyers is based on peer-review surveys and is used as a referral guide in the legal profession. The Covington lawyers recognized are as follows: ...

## Chambers USA Recognizes Covington with 123 Individual, 45 Practice Nods    Press Release

June 10, 2011

WASHINGTON, DC, June 10, 2011 — Covington & Burling LLP received 123 individual mentions and 45 practice mentions in Chambers USA 2011. The guidebook, which ranks lawyers by state and national practice area, is designed to identify the most skilled legal practitioners based on the qualities most valued by clients. Here are the Covington lawyers and practices ...

## Covington Receives 92 Individual, 32 Practice Mentions in Legal 500    Press Release

June 9, 2011

WASHINGTON, DC, June 10, 2011 — Covington & Burling LLP received 92 individual mentions and 32 practice mentions in the Legal 500 US 2011 edition.  Legal 500 reviews the strengths and strategies of law firms in more than 90 countries in Europe, the Middle East, Asia, North and South America, and the Caribbean. Here are the Covington lawyers and practices ...

## Covington Lawyers Recognized by D.C. Super Lawyers    Press Release

May 17, 2011

WASHINGTON, DC, May 17, 2011 — D.C. Super Lawyers selected 55 Covington & Burling lawyers for its 2011 list of top legal talent. Super Lawyers selects no more than five percent of the total lawyers who practice in Washington based on peer review and the publication's independent research. Deborah Garza has been named among the "Top 50 Women," and Robert Long ...

## Covington Scores Significant Victory for Family Dollar    Press Release

March 30, 2011

WASHINGTON, DC, March 30, 2011 — Covington & Burling LLP has secured an important victory in the U.S. Court of Appeals for the Fourth Circuit on behalf of Family Dollar Stores, Inc., which had been accused of violating the Fair Labor Standards Act. At issue is whether a group of current and former managers at Family Dollar Stores should qualify for overtime pay ...

## Covington Receives 138 Individual Mentions in 2011 Edition of Best Lawyers    Press Release

August 6, 2010

WASHINGTON, DC, August 6, 2010 — Covington & Burling LLP received 138 individual mentions in 40 areas of law in the 2011 edition of The Best Lawyers in America. This annual compilation of top US lawyers is based on peer-review surveys and is used as a referral guide in the legal profession. The Covington lawyers recognized are as follows: Administrative: ...

## Covington Receives 85 Individual, 23 Practice Mentions in Legal 500 US    Press Release

June 23, 2010

WASHINGTON, DC, June 23, 2010 — Covington & Burling LLP received 85 individual mentions and 23 practice mentions in the Legal 500 US 2010 edition. Legal 500 reviews the strengths and strategies of law firms in more than 90 countries in Europe, the Middle East, Asia, North and South America, and the Caribbean. Here are the Covington lawyers and practices ...

## Chambers USA Recognizes Covington with 112 Individual, 44 Practice Nods    Press Release

June 16, 2010

WASHINGTON, DC, June 16, 2010 — Covington & Burling LLP received 112 individual mentions and 44 practice mentions in Chambers USA 2010. The guidebook, which ranks lawyers by state and national practice area, is designed to identify the most skilled legal practitioners based on the qualities most valued by clients. Here are the Covington lawyers and practices ...

## Covington Lawyers Recognized by Washington, D.C. Super Lawyers          Press Release

March 18, 2010

WASHINGTON, DC, March 18, 2010 — Forty-five Covington & Burling LLP lawyers are recognized in the 2010 Washington, D.C. Super Lawyers. The annual list by Super Lawyers selects only five percent of the total lawyers who practice in Washington based on peer review and the publication's independent research. In addition, partners Deborah Garza and Robert Long have ...

## Washingtonian Names 25 Covington Attorneys 'Top Lawyers'          Press Release

11/23/2009

WASHINGTON, DC, November 23, 2009 — Twenty-five Covington & Burling LLP attorneys are recognized as "Top Lawyers" in the December issue of Washingtonian magazine. The list, compiled by the magazine's editorial staff, identifies leading lawyers in the Washington area. Of the "Top Lawyers," Washingtonian identified 30 as "stars of the bar." Among them is Michael ...

## Covington Receives 131 Individual Mentions in 2010 Edition of Best Lawyers          Press Release

August 7, 2009

WASHINGTON, DC, August 7, 2009 — Covington & Burling LLP received 131 individual mentions in 38 areas of law in the 2010 edition of The Best Lawyers in America. This annual compilation of top US lawyers is based on peer-review surveys and is used as a referral guide in the legal profession. The Covington lawyers recognized are as follows: Administrative: ...

## Covington Prevails in Patent Appeal for DeMonte Fabricating          Press Release

1/8/2009

WASHINGTON, DC, January 8, 2009 — The U.S. Court of Appeals for the Federal Circuit has ruled that the only claim in a patent for making and selling retractable covers for flat-bed trucks allegedly infringed by DeMonte Fabricating is invalid. The Federal Circuit's decision overturns a lower court's ruling on damages and a permanent injunction that would have ...

## Covington Receives 124 Individual Mentions in 2009 Edition of Best Lawyers          Press Release

September 29, 2008

WASHINGTON, DC, September 29, 2008 — Covington & Burling LLP received 124 individual mentions in 40 areas of law in the 2009 edition of The Best Lawyers in America. This annual compilation of top US lawyers is based on peer-review surveys and is used as a referral guide in the legal profession. The Covington lawyers recognized are as follows: Administrative: ...

## Washingtonian Magazine Names 19 Covington Attorneys 'Top Lawyers'     Press Release

11/30/2007

WASHINGTON, DC, November 30, 2007 — Nineteen Covington & Burling LLP attorneys are recognized as "Top Lawyers" in the December 2007 issue of Washingtonian magazine. The list, compiled by the magazine's editorial staff based on peer recommendations, identifies leading lawyers in the Greater Washington area. Of the "Top Lawyers," Washingtonian identified 30 as the ...

## Covington Secures Appellate Victory for Juniper Networks     Press Release

9/19/2007

WASHINGTON, DC, September 19, 2007 — Covington & Burling LLP has secured a major appellate victory before the Federal Circuit for its client, Juniper Networks, Inc. The case concerned Toshiba Corporation's claim that Juniper infringed four patents related to the transmission of data among network routers. The trial court entered a claim construction ruling ...

## Covington Receives 115 Individual Mentions in 2008 Edition of Best Lawyers     Press Release

September 6, 2007

WASHINGTON, DC, September 6, 2007 — Covington & Burling LLP received 115 individual mentions in 38 areas of law in the 2008 edition of The Best Lawyers in America. This annual compilation of top US lawyers is based on peer-review surveys and is used as a referral guide in the legal profession. The recipients are as follows: Administrative: E. Edward Bruce and ...

## Education     ⌄

University of Pennsylvania Law School, J.D., 1973

Harvard University, B.A., 1968