# Exhibit 14

This website uses cookies. For more information please contact us or consult our privacy policy. 

## COVINGTON

Home | News and Insights | News | Covington Advises BofA Merrill Lynch on TomoTherapys Sale to Accuray

# Covington Advises BofA Merrill Lynch on TomoTherapy's Sale to Accuray

March 7, 2011

**NEW YORK, March 7, 2011** — Covington & Burling LLP represented BofA Merrill Lynch, financial adviser to TomoTherapy Incorporated, in its sale to Accuray Incorporated for $277 million.

Under terms of the agreement, TomoTherapy will be sold to Accuray for $4.80 per share in cash and Accuray stock.

TomoTherapy is a creator of advanced radiation therapy solutions for cancer care. Accuray is a global leader in the field of radiosurgery.

The New York-based Covington corporate team was led by partner Jack Bodner and Richard Kruger, an associate at the firm.

## Related Professionals

### Jack S. Bodner

+1 212 841 1079

jbodner@cov.com

### Richard D. Kruger

+1 212 841 1273

rkruger@cov.com

Share this article:



❮ Back to News and Insights

## Related Practices

Corporate

Mergers and Acquisitions

Distressed M & A

## Related Offices

New York