# Exhibit 15



**APPLY**

Home (/) ▶ Faculty & Scholarship (/faculty) ▶ Adjunct Faculty (/adjunct-faculty) ▶ Gerald J. Mossinghoff

# Gerald J. Mossinghoff

**Title:** Armand and Irene Cifelli Professorial Lecturer in Law
**Address:** 2000 H Street, NW
Washington, District Of Columbia 20052
**Email:** gmossinghoff@law.gwu.edu (mailto:gmossinghoff@law.gwu.edu)
**Website:** Oblon Online Profile (http://www.oblon.com/honorable-gerald-j-mossinghoff/)

The Honorable Gerald J. Mossinghoff is Senior Counsel to Oblon, McClelland, Maier and Neustadt, a leading intellectual property law firm in Alexandria, Virginia. He is a former Assistant Secretary of Commerce and Commissioner of Patents and Trademarks and a former President of the Pharmaceutical Research and Manufacturers of America. He is a Cifelli Professorial Lecturer at The George Washington University Law School, where he currently teaches Patent Law. Mr. Mossinghoff has served as United States Ambassador to the Diplomatic Conference on the Revision of the Paris Convention and as Chairman of the General Assembly of the United Nations World Intellectual Property Organization. He is a former Deputy General Counsel of the National Aeronautics and Space Administration.

As one of the world's premier intellectual property specialists, he advised President Reagan concerning the establishment of the Court of Appeals for the Federal Circuit, which has strengthened and brought certainty to patent law in the United States. He also initiated a far-reaching automation program at the U.S. Patent and Trademark Office to computerize that office's enormous data bases. He advises the firm and its clients on a broad range of intellectual property matters, including international, legislative and policy issues, and has served as a Patent Law Expert in more than three hundred cases, having been retained by the nation's leading law firms on behalf of many of the nation's leading high-technology companies.

Mr. Mossinghoff received an Electrical Engineering degree from St. Louis University and a J.D. with Honors from The George Washington University Law School. He is a member of the Order of the Coif and Eta Kappa Nu Electrical Engineering Honor Society and is a Fellow in the National Academy of Public Administration. He is the recipient of many honors, including NASA's Distinguished Service Medal and the Secretary of Commerce Award for Distinguished Public Service. In 2007 he was inducted into the Intellectual Property Hall of Fame. He is a member of the Missouri, District of Columbia and Virginia bars.

# Education

BSEE, St. Louis University; JD, George Washington University

Full-Time Faculty (/full-time-faculty)
Deans (/deans)
Adjunct Faculty (/adjunct-faculty)
Emeriti Faculty (/emeriti-faculty)
Librarians (/librarians)
Visiting Faculty & Fellows (/visiting-faculty-fellows)
Faculty Files (/faculty-files)

**Faculty Scholarship (/faculty-scholarship)**



The George Washington University Law School (https://www.google.com/maps/place/2000+H+St+NW,+Washington,+DC+20052/@38.8985596,-77.0479794,17z/data=!3m1!4b1!4m2!3m1!1s0x89b7b7b0651a22a3:0x477d0b5b29f5ec5c)

2000 H Street, NW (https://www.google.com/maps/place/2000+H+St+NW,+Washington,+DC+20052/@38.8985596,-77.0479794,17z/data=!3m1!4b1!4m2!3m1!1s...)

Visitor Information (/visiting-campus)
Directory (/directory)
Events (/events)
Portal (https://my.law.gwu.edu/)
Alumni & Giving (/alumni)

 (https://www.facebook.com/gwlawdc)
(https://twitter.com/gwlaw)
 (http://www.youtube.com/gwlawschool)
(https://www.linkedin.com/groups/128582)