# Exhibit 17

Skip to main content

# John R. Thomas



- **Email:**

  jrt6@law.georgetown.edu

- **Address:**

  600 New Jersey Avenue N.W.
  Washington, DC 20001

- **Office Location:**

  McDonough 496

- **Assistant:**

  Maria Islam

- **Phone:**

  202-662-9407

2:17-cv-04248-JMV-JBC                    --1--
http://www.law.georgetown.edu/faculty/thomas-john-r.cfm                                        9/18/2017

Skip to main content

# John R. Thomas



- **Email:**

  jrt6@law.georgetown.edu

- **Address:**

  600 New Jersey Avenue N.W.
  Washington, DC 20001

- **Office Location:**

  McDonough 496

- **Assistant:**

  Maria Islam

- **Phone:**

  202-662-9407

## Courses

- Patent Law
- Intellectual Property in World Trade
- Advanced Patent Law Seminar

## Professor of Law

B.S., Carnegie Mellon; J.D., University of Michigan; LL.M., George Washington

### Areas of Expertise:

Contracts, Intellectual Property, Patent

Professor Thomas joined the Law Center faculty in 2002. He has served as a Visiting Scholar at the Congressional Research Service for the past decade...

**CONTINUE READING**

## Recent Scholarship

### Books

- John R. Thomas, Pharmaceutical Patent Law (Arlington, Va.: Bloomberg BNA 3d ed. 2015).   [BOOK]

### Contributions to Law Reviews and Other Scholarly Journals

- John R. Thomas, *The End of "Patent Medicines"? Thoughts on the Rise of Regulatory Exclusivities,* 70 Food & Drug L.J. 39-53 (2015).   [HEIN] [W]

### Book Chapters and Collected Works

- John R. Thomas, *Toward a Theory of Regulatory Exclusivities, in* Patent Law in Global Perspective 345-376 (Ruth L. Okediji & Margo A. Bagley eds., New York: Oxford University Press 2014).   [BOOK]
- John R. Thomas, *Authorized Generic Pharmaceuticals: Effects on Innovation, in* PHARMACEUTICAL INDUSTRY: INNOVATION AND DEVELOPMENTS 1-14 (David A. Mancuso & Isobel M. Grenada eds., Hauppauge, N.Y.: Nova Science Publishers 2011).   [BOOK]

**VIEW ALL SCHOLARSHIP**

**IN THE NEWS**

"Foreign Companies Embracing ITC As Perceptions Shift," coverage by **Law 360**, April 13, 2017, quoting Professor **John Thomas**.

"The importance of PTAB patent review proceedings for addressing low quality patents," coverage by **IP Watchdog**, June 26, 2016, mentioning Professor **John Thomas**.

**"Judge Michel says Congress stuck in a time warp on patent reform,"** coverage in *IP Watchdog*, May 12, 2015, featuring **Professor John Thomas.**

**Professor John R. Thomas** testified about patent reform implementation and new challenges for small businesses before the **House Committee on Small Business**, May 15, 2013.



- **Email:**

  jrt6@law.georgetown.edu

- **Address:**

  600 New Jersey Avenue N.W.
  Washington, DC 20001

- **Office Location:**

  McDonough 496

- **Assistant:**

  Maria Islam

Case 2:17-cv-04248-JMV-JBC   Document 30-18   Filed 09/18/17   Page 5 of 5 PageID: 350

- **Phone:**

  202-662-9407

# Courses

- Patent Law
- Intellectual Property in World Trade
- Advanced Patent Law Seminar

2:17-cv-04248-JMV-JBC                 --4--