# Exhibit 21

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**AN/"bank of America"**: 1577 patents.
*Hits 1 through 50 out of 1577*

[Next 50 Hits]

[Jump To] [_____]

[Refine Search] [an/"bank of America"]

| | PAT. NO. | | Title |
|---|---|---|---|
| 1 | 9,760,874 | T | Transaction tracing in a network environment |
| 2 | 9,760,646 | T | Card issuance using card feature verification |
| 3 | 9,760,344 | T | Rules engine having an interactive, dual, side-by-side display |
| 4 | 9,760,124 | T | Organic light emitting diode ("OLED")-based displays |
| 5 | 9,755,921 | T | Electronic health and welfare monitoring of network server operations |
| 6 | 9,754,323 | T | Rule based exchange simulator |
| 7 | 9,754,320 | T | Providing a record of an interactive conference |
| 8 | 9,754,295 | T | Providing navigation functionality in a retail location using local positioning technology |
| 9 | 9,749,359 | T | Phishing campaign ranker |
| 10 | 9,749,308 | T | System for assessing network authentication requirements based on situational instance |
| 11 | 9,747,758 | T | Banking systems controlled by data bearing records |
| 12 | 9,747,636 | T | Enhancing information security using an information passport dashboard |
| 13 | 9,747,589 | T | Mobile one-time card number generator for ATM usage |
| 14 | 9,747,588 | T | Automated teller machine ("ATM") currency stamper |
| 15 | 9,747,539 | T | Organic light emitting diode ("OLED") travel card |
| 16 | 9,747,462 | T | Steganography detection |
| 17 | 9,747,461 | T | Steganography detection |
| 18 | 9,747,175 | T | System for aggregation and transformation of real-time data |
| 19 | 9,743,272 | T | Security implementation for resource distribution |
| 20 | 9,741,079 | T | Method and apparatus for replicating and analyzing databases |
| 21 | 9,741,048 | T | Predicting economic conditions |
| 22 | 9,740,760 | T | Method for tracking differences between production and development databases to perform an automatic synchronization |

| | | | |
|---|---|---|---|
| 23 | 9,740,477 | T | Entity wide software tracking and maintenance reporting tool |
| 24 | 9,740,473 | T | Software and associated hardware regression and compatibility testing system |
| 25 | 9,736,219 | T | Managing open shares in an enterprise computing environment |
| 26 | 9,736,152 | T | Device blocking tool |
| 27 | 9,734,831 | T | Utilizing voice biometrics |
| 28 | 9,734,643 | T | Accessing secure areas based on identification via personal device |
| 29 | 9,734,254 | T | Method and apparatus for automatic completion of an entry into an input field |
| 30 | 9,729,573 | T | Phishing campaign ranker |
| 31 | 9,729,552 | T | Access violation mitigation system |
| 32 | 9,729,536 | T | Tiered identification federated authentication network system |
| 33 | 9,723,485 | T | System for authorizing access based on authentication via separate channel |
| 34 | 9,723,484 | T | Proactive intrusion protection system |
| 35 | 9,721,316 | T | Change convergence risk mapping |
| 36 | 9,721,268 | T | Providing offers associated with payment credentials authenticated in a specific digital wallet |
| 37 | 9,721,248 | T | ATM token cash withdrawal |
| 38 | 9,721,236 | T | Distributed processing of a check image |
| 39 | 9,721,227 | T | Custodian management system |
| 40 | 9,720,984 | T | Visualization engine for a knowledge management system |
| 41 | 9,720,982 | T | Method and apparatus for natural language search for variables |
| 42 | 9,720,923 | T | System for providing user privilege information associated with secured data |
| 43 | 9,720,651 | T | Strategy maintenance system |
| 44 | 9,716,692 | T | Technology-agnostic application for high confidence exchange of data between an enterprise and third parties |
| 45 | 9,716,613 | T | Automated alert management |
| 46 | 9,715,793 | T | Banking systems controlled by data bearing records |
| 47 | 9,710,558 | T | Method and apparatus for navigational searching of a website |
| 48 | 9,704,170 | T | Method for tracking items using a fund processing device |
| 49 | 9,703,646 | T | Centralized database system |
| 50 | 9,703,624 | T | Event correlation and calculation engine |

