# Exhibit 22



3,408 results for "Assignee name: "bank of america corporation" and Conveyance type: "assignment""

| Reel/frame | Execution date | Conveyance type | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 041928/0160 | Apr 1, 2017 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170212782 | 1 |
| 040394/0676 | Nov 21, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170169670 | 1 |
| 040022/0677 | Oct 13, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170235454 | 1 |
| 040022/0313 | Oct 13, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170235452 | 1 |
| 040021/0880 | Oct 13, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170235453 | 1 |
| 039607/0494 | Aug 22, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | 9681471 | | 1 |
| 039117/0077 | Jun 30, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | 9760124 | | 1 |

| Reel/frame | Execution date | Conveyance type | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 038976/0875 | Jun 19, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | 9747539 | | 1 |
| 038971/0070 | Jun 16, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | 9665818 | | 1 |
| 038906/0900 | Jun 10, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | 9697388 | | 1 |
| 039227/0020 | May 17, 2016 | CORRECTIVE ASSIGNMENT TO CORRECT THE THIRD ASSIGNOR'S DOC DATE PREVIOUSLY RECORDED ON REEL 038719 FRAME 0763. ASSIGNOR(S) HEREBY CONFIRMS THE ASSIGNMENT. | BANK OF AMERICA CORPORATION | 9760646 | | 1 |
| 038719/0763 | May 17, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | 9760646 | | 1 |
| 038549/0196 | May 5, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170244727 | 1 |
| 038548/0723 | May 5, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170244708 | 1 |

| Reel/frame | Execution date | Conveyance type | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 038548/0363 | May 5, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170244717 | 1 |
| 038294/0462 | Apr 15, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | 9715793 | | 1 |
| 038294/0371 | Apr 15, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | 9747758 | | 1 |
| 038456/0288 | Apr 5, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | 9741048 | 20160260114 | 1 |
| 038210/0766 | Mar 28, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170250885 | 1 |
| 038187/0109 | Mar 17, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | 9684588 | | 1 |
| 037965/0075 | Mar 11, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | 9613385 | 20160140680 | 1 |
| 038548/0098 | Mar 10, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170243214 | 1 |

| Reel/frame | Execution date | Conveyance type | Assignee (Owner) | Patent | Publication | Properties |
|---|---|---|---|---|---|---|
| 038548/0142 | Mar 10, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170243287 | 1 |
| 038547/0976 | Mar 10, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170243025 | 1 |
| 038547/0899 | Mar 10, 2016 | ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). | BANK OF AMERICA CORPORATION | NONE | 20170244720 | 1 |