# Exhibit 26

Outreach (/actions/outreach)

Writing Competition (/actions/writing competition)

Friend of the Court Briefs (/actions/friend of the court briefs)

| IPRs Filed (/actions/iprs filed)

Events (/actions/events)

# IPR Petitions

In 2012, the United States Patent and Trademark Office (USPTO) instituted a new proceeding called Inter Partes Review (IPR). IPR was created under the America Invents Act (AIA) and allows third parties to challenge patents before the USPTO more quickly and at a cost much lower than litigation. A third party petitioner of an IPR may request to cancel an invalid patent on the basis of prior publications that teach or suggest the claimed invention.

Early results have been highly positive for those wishing to efficiently invalidate invalid patents. Askeladden, as part of its PQI, files IPRs with the USPTO challenging the validity of patents that Askeladden believes are invalid. In this way, Askeladden hopes to remove impediments to innovation and improve patent quality.

In 2016, Askeladden announced the formation of the Patent Challenge Committee (/about pqi/patent challenge committee/content items/patent challenge committee) to support its ongoing efforts to challenge low-quality patents through IPRs.

Below is a table listing the IPR challenges that Askeladden has filed with the USPTO.

| IPR | Patent | Patent Title | Patent Owner | Press Release |
|---|---|---|---|---|
| IPR2017-00726 | 8,285,648 | System and Method for Verifying a User's Identity in Electronic Transactions | Verify Smart Corp. | Release (/news/press releases/news items/verify smart ipr filing) |
| IPR2017-00452 | 6,321,095 | Wireless Communications Approach | Encoditech, LLC | Release (/news/press releases/news items/encoditech ipr filing) |
| IPR2017-00105 | 7,552,080 | Customized Credit Offer Strategy Based on Terms Specified by an Applicant | NextCard, LLC | Release (/news/press releases/news items/nextcard ipr filing) |
| IPR2017-00083 | 7,197,297 | Authentication Method for Enabling a User of a Mobile Station to Access to Private Data or Services | N5 Technologies, LLC | Release (/news/press releases/news items/n5 ipr filing) |
| IPR2016-01906 | 8,132,720 | Financial Management System | Finnavations, LLC | Release (/news/press releases/news items/finnavations ipr filing) |
| IPR2016-01720 | 8,527,407 | Process and Device for Conducting Electronic Transactions Using Wireless and Cellular Devices | Purple Leaf, LLC | Release (/news/press releases/news items/purple leaf ipr filings) |
| IPR2016-01721 | 8,527,407 | Process and Device for Conducting Electronic Transactions Using Wireless and Cellular Devices | Purple Leaf, LLC | Release (/news/press releases/news items/purple leaf ipr filings) |
| IPR2016-01722 | 8,744,963 | Method for Transferring an Amount to be Paid | Purple Leaf, LLC | Release (/news/press releases/news items/purple leaf ipr filings) |
| IPR2015-00122 | 8,523,063 | Conversion Operations of Non-Negotiable Credits to Funds Between an Entity and a Commerce Partner | Sean I. McGhie / Brian K. Bucheit | Release (/news/press releases/news items/2014_oct 24_nine iprs and amicus brief filed) |
| IPR2015-00123 | 8,523,063 | Conversion Operations of Non-Negotiable Credits to Funds Between an Entity and a Commerce Partner | Sean I. McGhie / Brian K. Bucheit | Release (/news/press releases/news items/2014_oct 24_nine iprs and amicus brief filed) |

| IPR2015-00124 | 8,540,152 | Conversion Operations for Loyalty Points of Different Programs Redeemable for Services | Sean I. McGhie / Brian K. Bucheit | Release (/news/press releases/news items/2014_oct 24_nine iprs and amicus brief filed) |
| IPR2015-00125 | 8,540,152 | Conversion Operations for Loyalty Points of Different Programs Redeemable for Services | Sean I. McGhie / Brian K. Bucheit | Release (/news/press releases/news items/2014_oct 24_nine iprs and amicus brief filed) |
| IPR2015-00133 | 8,297,502 | User Interface for the Exchange of Non-Negotiable Credits for Entity Independent Funds | Sean I. McGhie / Brian K. Bucheit | Release (/news/press releases/news items/2014_oct 24_nine iprs and amicus brief filed) |
| IPR2015-00137 | 8,297,502 | User Interface for the Exchange of Non-Negotiable Credits for Entity Independent Funds | Sean I. McGhie / Brian K. Bucheit | Release (/news/press releases/news items/2014_oct 24_nine iprs and amicus brief filed) |
| IPR2015-00129 | 7,761,372 | Mortgage Loan Data Collection Method and Apparatus for a Financial Planning Originator and/or Financial Institution Originator of a Mortgage Loan | iSourceloans LLC | Release (/news/press releases/news items/2014_oct 24_nine iprs and amicus brief filed) |
| IPR2015-00134 | 7,340,435 | Mortgage Loan Data Processing System and Method for a Loan Broker | iSourceloans LLC | Release (/news/press releases/news items/2014_oct 24_nine iprs and amicus brief filed) |
| IPR2015-00138 | 7,340,435 | Mortgage Loan Data Processing System and Method for a Loan Broker | iSourceloans LLC | Release (/news/press releases/news items/2014_oct 24_nine iprs and amicus brief filed) |

Terms and Conditions (/terms and conditions) | ©2017 Askeladden L.L.C. All rights reserved.