# Exhibit 27



PRESS　　CAREERS　　TCHPA　　STORE　　UID LOOKUP　　BANKING PERSPECTIVES　　SUBSCRIBE　　BLOG　　LOGIN　　CONTACT US　　SEARCH

About TCH　　Issues　　Payments　　Education & Events　　Research

# Issues

**ADVOCACY**
- AML and Economic Sanctions
- Bank Activities and Structure
- Bank Governance
- Capital
- Liquidity
- Payments
- Regulatory Reporting, Accounting and Tax
- Resolution and Recovery Planning
- Risk Management and CCPs
- Amicus Briefs

Enter Search Terms　　SEARCH　　**Advanced Search**

## TCH Publishes the Role of the Board of Directors Report

May 05, 2016

The TCH report, *The Role of the Board of Directors in Promoting Effective Governance and Safety and Soundness for Large U.S. Banking Organizations*, serves as a resource to both banks and their supervisors about the respective roles of directors and management. The report highlights the growing responsibilities and emphasis being placed on banking organizations' board of directors by U.S. regulators. It also provides recommendations to regulators on how best to address what is often seen as a divergence between the role of the board, which is one of oversight, and regulatory compliance-related expectations for directors which at times may overlap with management's responsibility.

The report individually identifies the hundreds of existing requirements directed at boards of directors under U.S. federal banking laws, regulations and agency interpretive guidance statements, including examination guidance. Based on a review of these requirements, the report outlines five core board oversight functions and provides four overarching recommendations aimed at ensuring that regulation and supervisions of bank board governance is both robust and appropriately focused on these core functions. In particular, the report recommends that:

- Regulatory pronouncements on board governance be specifically directed to boards' performance of their core oversight functions
- Regulators generally recognize that boards may utilize board committees to address board responsibilities where a regulatory pronouncement generically uses the term "board"
- Regulators conduct periodic reviews of the board requirements and standards they promulgate; and
- Regulators, directors and the industry participate in a continuing dialogue to advance their common interest in promotion of effective board governance at large U.S. banking organizations.

**Download the Report**

**Download Annex A**

**Download Annex B**

**Download the PDF**

See this article in:
- **Bank Governance**

**Subscribe** to *Banking Perspectives*



The *quarterly journal* from TCH brings together compelling thought leadership from across the banking industry.

**Latest from The Clearing House Association**

- *"Cyber Security"* is the focus of our latest quarterly edition of *Banking Perspectives*
- *TCH Responds to BCBS Step-in Risk Proposal*
- See our *"eighteen53 Blog"* for industry commentary and research

Case 2:17-cv-04248-JMV-JBC Document 30-28 Filed 09/18/17 Page 3 of 3 PageID: 625

For more information about The Clearing House Association and this topic, **contact us**.

© 2017 THE CLEARING HOUSE PAYMENTS COMPANY L.L.C.   PRIVACY POLICY   TERMS AND CONDITIONS   SITEMAP   CONTACT US