# Exhibit 30



Call today to get started 1.888.296.3708 (M-F 8 a.m.-9 p.m., Sat. 9:30 a.m.-6 p.m. EST)

## You love what you do.
## We love helping you do it.

We want to learn more about your business. So let's talk. We offer simple, innovative solutions that keep you one swipe, dip and tap ahead of your customers' ever-evolving payment preferences. Whatever you need, we're here to help.

## Ready to go? Call 1.888.296.3708

Want more information?

## Select your business type

Food & BeverageRetailService & RepairSpa/Salon/BeautyAppointment

Based Business

Where would you like to take payments? Check all that apply.

☐ In-Store   ☐ Online   ☐ On the Go

Get more info



The payment services provider that's more than a payment services provider.



Credit, Debit and Mobile Device Payments

Provide a wide variety of payment options for your customers and deliver a great customer experience.



Quick access to funds[1]

Access to funds as soon as the next business day in your Bank of America Business Advantage account.



Business consultants

Highly knowledgeable teams can recommend payment options and other products to help grow your business. Plus U.S.-based 24/7 service.



Advanced security tools[2]

Advanced security tools that encrypt each transaction. Removes sensitive card data from your environment.



Ability to add payments to website or app

Grow your business by expanding to new customers who prefer to purchase online.

## Ready to go?

## Call 1.888.296.3708

Get approved. Start accepting payments. It's that easy.

Innovative POS devices let you do it all: take payments, view inventory, track sales, manage employees and even add custom apps.[3]



# Clover Flex

Versatile, full-featured smart device at the counter or on the go.[4]



# Clover Mini

Accept swipe, EMV® chip, and NFC payments with one space-saving device.[4]



## Clover Station

Clover's most powerful countertop POS with pivoting touchscreen.[5]



## Clover Go

Utilizes your smartphone or tablet to process card swipes, dips and contactless payments.[6]



Drag right or left to rotate

Previous Next

## Clover Mobile

The portable, powerful POS that fits in the palm of your hand.[4]

Learn More
Previous Next

We securely process payments for thousands of business owners like you every day.



> Solutions to help your restaurant run smoothly, from accurately communicating with line staff to splitting that group meal eight ways.



> Whether you're selling a single item or truckloads at a time, we help retailers of all sizes process millions of payments every day.



Small business owners understand that every dollar counts, so we offer flexible tools to help you take advantage of every opportunity.

## Get smart.
Key things you need to know about payment services.



### How to take payments
New to payment services? This will get you up to speed in no time.
Learn more >



### Managing payment costs
As a business owner, there are things you can do to help lower your fees. Here's how.
Learn more >



## Security & Fraud

Learn more about payment security and get helpful tips to keep your card data secure.
Learn more >



## Easy, no hassle setup

You've been approved. Now what? Here's what you need to know to get up and running.
Learn more >



## Business Apps

So many apps. So many ways to help your business.
Learn more >



## eCommerce best practices

Helpful tips for handling card-not-present transactions and avoiding chargebacks.
Learn more >



## FAQs
Click below for more info, or speak now with a business consultant.
Learn more >

## Fill out this simple form and we'll get back to you.

Business Name*

Industry

First Name*

Last Name*

Phone Number*

Email*

Where do you need to take payments? [select one or more] ☐ In my store ☐ On-the-go ☐ Online

Do you already have a payment device or software?

Select Country* ☐ USA ☐ Canada

What type of device do you prefer?

Submit

*Asterisk indicates required field.

By submitting this form, you authorize Bank of America Merchant Services to contact you at the telephone number or email provided here, even if you've previously registered on a Do Not Call registry or requested that we not send you marketing information by email. You agree Bank of America Merchant Services may use an auto-dialer to reach you. You understand that you are not required to consent to receiving autodialed calls/texts as a condition of purchasing any Bank of America Merchant Services products or services. Any cellular/mobile telephone number you provide may incur charges from your mobile service provider.

Information you send to Bank of America Merchant Services is encrypted through Secure Socket Layer (SSL) technology. This technology encodes information that is sent over the internet between your computer and Bank of America Merchant Services, helping to ensure that the information

remains confidential. After you've submitted your information offline, we recommend that you end your browser session before leaving your computer. The use of SSL requires that you have an SSL compatible browser.

- About Us
- Privacy Policy
- FAQ

EMV is a registered trademark in the U.S. and other countries, and an unregistered trademark elsewhere. EMV® is a registered trademark owned by EMVCo LLC. Android Pay is a trademark of Google Inc. Apple Pay is a trademark of Apple Inc., registered in the U.S. and other countries.

1. After deposit of transactions and only when you direct payment of your settlement funds to a Bank of America business checking account. Valid only on Visa®, Mastercard®, Discover® and American Express® transactions. Exceptions may apply.

2. Use of TransArmor® products does not guarantee that your systems will not be breached or cause you to be compliant with the Payment Card Industry Data Security Standard or Card Organization Rules. There may be an additional monthly cost for TransArmor® products. Requires eligible equipment. Clover systems include TransArmor data protection for encryption and tokenization services at no additional charge.

3. Third party services are provided by third party developers through applications available in the Clover App Market. Bank of America Merchant Services does not provide, and is not responsible for, applications from third party developers or their third party services. The Clover Go mobile payment acceptance device does not include access to the Clover App Market.

4. To enable the 3G functionality of Clover Flex, Clover Mobile and Clover Mini, merchant must have a 3G data plan through T-Mobile® or AT&T®. The devices come with an AT&T SIM card and merchants can get an AT&T data plan through the Clover App Market for an additional monthly charge. To enable with a T-Mobile data plan, merchants must separately purchase a T-Mobile SIM card and contract with T-Mobile for a data plan. Clover Flex does not have check acceptance capabilities.

5. Clover Station requires Clover Mobile, Clover Mini, or FD40 equipment to accept EMV®, NFC, and PIN Debit. Clover Station requires a Clover Mini or a display pole for merchants in jurisdictions that require a cardholder facing display.

6. Clover Go is compatible with the majority of Apple® and Android™ platform enabled smartphones and tablets. Requires wireless internet or cellular connection. Must download the free Clover Go by Bank of America Merchant Services app onto your smartphone or tablet. Clover Go cannot accept PIN Debit, EBT or gift cards. The Clover Go Bluetooth® reader accepts NFC transactions, but the non-Bluetooth version does not. Clover Go does not support offline transaction processing.

© 2017 Banc of America Merchant Services, LLC. All rights reserved. All trademarks, service marks and trade names referenced in this material are the property of and licensed by their respective owners.
Merchant Services are provided by Bank of America, N.A. and its representative Banc of America Merchant Services, LLC. Banc of America Merchant Services, LLC is not a bank, does not offer bank deposits, and its services are not guaranteed or insured by the FDIC or any other governmental agency.