```
 1            UNITED STATES PATENT AND TRADEMARK OFFICE

 2          BEFORE THE PATENT TRIAL AND APPEAL BOARD

 3    -------------------------------X
      ASKELADDEN LLC,                :
 4                                   :  Case No:
                  Petitioner         :  IPR2017-00726
 5                                   :
                     -vs-            :  Patent 8,285,648
 6                                   :  B2
      VERIFY SMART CORP.,            :
 7                                   :  Pages 1 - 152
                  Patent Owner       :
 8    -------------------------------X

 9

10               PROTECTIVE ORDER MATERIAL

11     Deposition of The Honorable Roderick R. McKelvie

12                  Washington, D.C.

13              Thursday, October 26, 2017

14

...

24    Reported by:  Kathleen M. Vaglica, RPR, RMR

25    Job No:  216940
```

```
 1
 2
 3
 4
 5
 6
 7                        Thursday, October 26, 2017
 8                              (12:04 p.m.)
 9
10   Deposition of The Honorable Roderick R. McKelvie,
11   held at the offices of:
12
13        Price Benowitz, LLP
14        409 7th Street, N.W.
15        Suite 200
16        Washington, D.C.  20004
17
18
19   Pursuant to notice, before Kathleen M. Vaglica, RPR,
20   RMR, a Notary Public in and for the District of
21   Columbia.
22
23
24
25
```

```
 1              A P P E A R A N C E S
 2
 3
 4   COUNSEL FOR PATENT OWNER, VERIFY SMART CORP.
 5         STEVEN M. HOFFBERG, ESQUIRE
 6         Tully Rinckey, PLLC
 7         777 Third Avenue
 8         22nd Floor
 9         New York, NY  10017
10         (646) 201-9100
11         shoffberg@tullylegal.com
12
13         JEAN-MARC ZIMMERMAN, ESQUIRE
14         Zimmerman Law Group
15         226 St. Paul Street
16         Westfield, NJ  07090
17         (908) 654-8000
18
19
20
21
22
23
24
25
```

```
 1   COUNSEL FOR PETITIONER, ASKELADDEN LLC
 2        CHARLES R. MACEDO, ESQUIRE
 3        MARK BERKOWITZ, ESQUIRE
 4        Amster, Rothstein & Ebenstein, LLP
 5        90 Park Avenue
 6        New York, NY  10016
 7        (212) 336-8000
 8        cmacedo@arelaw.com
 9        mberkowitz@arelaw.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1       Q.    And where does Askeladden receive its
 2   funds from?
 3            MR. MACEDO:  Objection to form.
 4            THE WITNESS:  I don't know.
 5   BY MR. HOFFBERG:
 6       Q.    Have you ever asked?
 7            MR. MACEDO:  Objection to form.
 8            THE WITNESS:  No.  I've seen provisions in
 9   the amended agreement that restrict certain members
10   of Clearing House from making contributions to
11   Askeladden for particular matters.
12   BY MR. HOFFBERG:
13       Q.    That you say for particular matters.
14       A.    Right.
15       Q.    So what that means is that a, there are
16   certain persons who are prohibited from selectively
17   funding particular activities of the Patent
18   Challenge Committee?
19       A.    Right.  We want to avoid being in privy
20   with the member banks of The Clearing House, so the
21   guidelines and the amended agreement try to insulate
22   PCC from contact with or funding by members of The
23   Clearing House.
24       Q.    Okay.  Who are the members of The Clearing
25   House?
```

```
 1   the committee.
 2       Q.   And how did this patent come to your
 3   attention?
 4       A.   Jim forwarded it to me.
 5       Q.   So Jim Howard first suggested to you that
 6   you should look at this patent, which I'll call the
 7   '648 patent?
 8            MR. MACEDO:  Objection to form.
 9            THE WITNESS:  I don't know that he first
10   suggested it to me, but he first forwarded it to me.
11   BY MR. HOFFBERG:
12       Q.   Well, who first called your attention to
13   the existence of this patent?
14       A.   Jim Howard.
15       Q.   Okay.  And did any other member of the
16   committee have prior knowledge of this patent?
17       A.   I don't know.
18       Q.   But none of them had indicated to you that
19   this patent was of interest to them prior to Jim
20   Howard forwarding it to you?
21       A.   Correct.
22       Q.   So would it be fair to say that the
23   interest in this patent came from Jim Howard?
24            MR. MACEDO:  Objection to form.
25            THE WITNESS:  It might have come from Jim
```

1    "The Patent Challenge Committee shall have sole
2    discretion to determine how to apply the foregoing
3    criteria and shall not be obligated to take into
4    account any factor in any case."
5           That's the middle of page 19 of 20 with
6    page number 13 also.
7           MR. MACEDO:  Is there a question there?
8           MR. HOFFBERG:  No.
9           THE WITNESS:  What's the question?
10   BY MR. HOFFBERG:
11      Q.   The question was I point your attention to
12   that paragraph.
13      A.   I see it.
14      Q.   How, how did you apply your discretion in
15   this case?
16           MR. MACEDO:  To the extent that you are
17   not disclosing confidences provided by counsel, you
18   may answer, if you can.
19           THE WITNESS:  We exercised our authority
20   consistent with this paragraph by confirming that
21   Verify Smart had pending litigation against Wells
22   Fargo, and we decided to proceed with the
23   investigation, but to defer decision on whether to
24   file so that we wouldn't contravene these directions
25   in these paragraphs.

```
 1   the invention or licenses the invention.  I don't
 2   think it refers to race or gender.  I think it
 3   refers to status.
 4   BY MR. HOFFBERG:
 5       Q.   Okay.  And -- off the record for a minute.
 6            (Discussion held off the record.)
 7   BY MR. HOFFBERG:
 8       Q.   I'd like to refer back to page 10 of 20
 9   with footer number 4 of Exhibit 1013, paragraph 11C.
10       A.   All right.
11            MR. MACEDO:  11C in the agreement?
12            MR. HOFFBERG:  It's 11C in the Amended LLC
13   Agreement.
14            THE WITNESS:  All right.
15   BY MR. HOFFBERG:
16       Q.   You indicated that Mr. Jim Howard
17   presented the '648 patent to you for your
18   consideration?
19            MR. MACEDO:  Objection to form.
20            THE WITNESS:  Yes.
21   BY MR. HOFFBERG:
22       Q.   Okay.  But 11C says -- I'll have to read
23   the whole thing.  I'm sorry.  "The Patent Challenge
24   Committee shall be solely responsible for carrying
25   out the purpose and shall operate independently of
```